### No. 8862.

LEVY CONSTRUCTION COMPANY *v.* MCKINNON.

*Error to Moffat District Court, Hon. John T. Shumate, Judge.*

Mr. FRANK MCLAUGHLIN and Mr. WALTER M. APPEL, for plaintiff in error.

*Per Curiam:*

This case was consolidated and tried with the case of *The Levy Construction Co. et al. v. McGonagle,* No. 8863, decided at this term of court, and upon the authority of that case, the judgment is affirmed.

Judgment affirmed.

*Per Curiam.*